No. 40260.—Protest 955761–G of Alfred Schwarzenbach, Jr. (New York).

Opinion by EVANS, J. The record disclosing nothing to warrant disturbing the finding of the collector the protest was overruled.

BEFORE THE FIRST DIVISION, DECEMBER 30, 1938

No. 40261.—Protests 664904–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel uninflated rubber balls or so-called beach balls the same as those the subject of *United States* v. *Woolworth* (24 C. C. P A. 338, T. D. 48770) were held dutiable at 30 percent under paragraph 1502. Cotton candy containers in the form of rabbits similar to those the subject of Abstract 33265 were held dutiable at 40 percent under paragraph 923.

BEFORE THE SECOND DIVISION, DECEMBER 30, 1938

No. 40262.—Protests 494245–G, etc., of Rolland Frères, Inc. (New York).

Opinion by TILSON, J. The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

No. 40263.—Protest 291199–G of Robison Rayon Co., Inc. (New York).

Opinion by TILSON, J. Single yarns in chief value of cellulose filaments similar to those involved in *Weinman* v. *United States* (T. D. 49408) were held dutiable at 40 cents per pound under paragraph 31 as claimed.

No. 40264.—Protests 658292–G, etc., of Calvaire, Inc., et al. (New York).

Opinion by TILSON, J. Certain items were found to consist of outerwear in chief value of wool similar to those involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). They were therefore held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114 as claimed. Knit outerwear in chief value of cotton was held dutiable at 45 percent under paragraph 917.